**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICIA ANN GRANNY, for | ) | |
| Douglas Rodger Granny (Deceased), | ) | Civil Action No. 11 – 1177 |
| | ) | |
| Plaintiff, | ) | District Judge Joy Flowers Conti |
| | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| ARMSTRONG COUNTY JAIL and | ) | |
| CAMP HILL, | ) | |
| | | |
| Defendants. | | |

**MEMORANDUM ORDER**

Plaintiff, Patricia Ann Granny, initiated this action pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1983 on behalf of her deceased son, Douglas Rodger Granny.  Plaintiff filed her Complaint on July 13, 2011 (ECF No. 1), and this case was referred to United States Magistrate Judge Lisa Pupo Lenihan for all pretrial proceedings in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court for Magistrate Judges.

On March 29, 2012, Defendant Armstrong County Jail filed a Motion for Summary Judgment.  (ECF No. 20.)  In a Report and Recommendation dated October 5, 2012, the Magistrate Judge recommended that the Motion be granted.  (ECF No. 29.)  Plaintiff was served with the Report and Recommendation at her listed address and advised that she had until October 22, 2012, to file written objections.  No objections were filed and the time to do so has expired.

As such, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

1

**AND NOW**, this 8th day of November, 2012,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendant Armstrong County Jail (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan dated October 5, 2012 (ECF No. 29) is adopted as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Clerk mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:

Patricia Ann Granny
720 West Chester Dr.
Westmoreland County
North Huntingdon, PA  15642

Counsel of record.